**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: **Debtor(s)**<br>**Daidrie Langley Graham**<br>6595 Roswell Road STE –G PMB 747<br>Atlanta, GA 30328<br><br>**xxx–xx–9287** | Case No.: **23–62269–jwc**<br>Chapter: **7** |

## NOTICE SETTING DEADLINE FOR FILING PROOFS OF CLAIM

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. The Trustee now reports that funds may be available for distribution.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

### Deadline: **April 17, 2024**

A claim form (Official Form B 410) may be obtained online at: www.ganb.uscourts.gov under the Forms tab or at any bankruptcy clerk's office and may be filed in person or by regular mail.

To file a claim electronically, visit www.ganb.uscourts.gov and access the ePOC tab.

There is no fee for filing the proof of claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

**\*\* Mailing Address**
United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated:  January 18, 2024

Form ntcpoc
Revised February 2023