**IT IS ORDERED as set forth below:**

**Date: March 19, 2024**

_____

**Jeffery W. Cavender
U.S. Bankruptcy Court Judge**

**Signed as Revised by the Court**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DAIDRIE LANGLEY GRAHAM, | : | CASE NO. 23-62269-jwc |
| | : | |
| Debtor | : | |
| | : | |

**CONSENT ORDER EXTENDING DEADLINE FOR TRUSTEE TO
MOTION TO EXTEND TIME TO FILE COMPLAINT OBJECTING DISCHARGE**

On March 18, 2024, S. Gregory Hays, in his capacity as Chapter 7 Trustee ("Trustee"), filed his *Motion to Extend Time to File Complaint Objecting to Discharge* (the "Motion"), seeking an extension of the deadline by which Trustee may object to Debtor's discharge under 11 U.S.C. § 727 for a period of forty-five (45) days. Debtor having consented thereto, it is

ORDERED that Motion is GRANTED, and the deadline by which Trustee may object to Debtor's discharge under 11 U.S.C. § 727 is hereby extended through and including May 2, 2024.

[END OF DOCUMENT]

**Signatures on Next Page**

1

| | |
|---|---|
| **Prepared and presented by:** | **Consented to by:** |
| LAMBERTH, CIFELLI, ELLIS & NASON, P.A.<br>*Proposed Counsel for the Chapter 7 Trustee* | ROUNTREE, LEITMAN, KLEIN & GEER, LLC<br>*Counsel for Debtor* |
| By: */s/ G. Frank Nason, IV*<br>    G. Frank Nason, IV<br>    Georgia Bar No. 535160<br>    fnason@lcenlaw.com<br>6000 Lake Forrest Drive, N.W.<br>Suite 435<br>Atlanta, GA  30328<br>(404) 262-7373 | By: */s/ Will B. Geer*<br>    Will B. Geer<br>    Georgia Bar No. 940493<br>    wgeer@rlkglaw.com<br>Century Plaza I<br>2987 Clairmont Road, Suite 350<br>Atlanta, GA 30329<br>(678) 587-8740 |

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 435, Atlanta, GA  30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

S. Gregory Hays, Hays Financial Consulting, LLC, Suite 555, 2964 Peachtree Road, Atlanta, GA 30305

Will B. Geer, Rountree, Leitman, Klein & Geer, LLC, Century Plaza 2987 Clairmont Road, Suite 350, Atlanta, GA 30329