## Form 1

### Individual Estate Property Record and Report

### Asset Cases

Page: 1-1

**Case No.:** 23-62269-JWC

**Case Name:** DAIDRIE LANGLEY GRAHAM

**For Period Ending:** 06/30/2025

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 12/11/2023 (f)

**§ 341(a) Meeting Date:** 01/16/2024

**Claims Bar Date:** 04/17/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | |
|---|---|---|---|---|---|---|---|
| 1 | Electric toothbrush, Facial Cleanser Brush, Laptop, Ipad, Mobile Phone, Television | 1,875.00 | 875.00 | | 0.00 | | FA |
| 2 | 12 Jeans, 20 T shirts, 2 Leather Jackets, 20 Dress Pants, 8 Coats/Jackets, 5 Baseball Caps, 12 Dress Tops, 12 Dresses, 25 Shoes, 12 Sandals, 6 Shawls, 6 Sneakers, 10 Scarfs, 12 Summer Shorts, 12 Night Outfits, 6 Boots, 4 Jean Jackets, | 4,350.00 | 3,350.00 | | 0.00 | | FA |
| 3 | Silver Necklaces, Silver Bangles, Michelle Watch, Gold Chain, Pearl Earring, Gold Earring, Birthstone Earrings, Pearl Necklace, | 3,400.00 | 2,900.00 | | 0.00 | | FA |
| 4 | Certificates of deposit: Credit Union 1 IRA Certificates<br><br>Scheduled amount verified to account statement. | 585.00 | 0.00 | | 0.00 | | FA |
| 5 | Certificates of deposit: Credit Union 1 IRA Certificates<br><br>Scheduled amount verified to account statement. | 638.67 | 0.00 | | 0.00 | | FA |
| 6 | Certificates of deposit: Credit Union 1 IRA Certificates<br><br>Scheduled amount verified to account statement. | 3,292.45 | 0.00 | | 0.00 | | FA |
| 7 | Checking account: Truist Bank | 90.00 | 0.00 | | 0.00 | | FA |
| 8 | Checking account: Truist Bank | 213.00 | 0.00 | | 0.00 | | FA |
| 9 | Savings account: Bank Of America | 194.61 | 0.00 | | 0.00 | | FA |
| 10 | Savings account: Navy Federal Credit Union | 356.83 | 0.00 | | 0.00 | | FA |
| 11 | Savings account: Credit Union 1<br><br>Scheduled amount verified to account statement. | 505.00 | 0.00 | | 0.00 | | FA |
| 12 | Fidelity<br><br>Scheduled amount verified to investment statement. | 1,333.00 | 0.00 | | 0.00 | | FA |
| 13 | Peerless Logistics System Atlanta LLC<br><br>Chapter 7 Case # 23-62265-JWC | Unknown | 1.00 | | 0.00 | 1.00 | |
| 14 | PEERLESS TRANSPORTATION SERVICES LLC | Unknown | 1.00 | | 0.00 | 1.00 | |
| 15 | Peerless Logistics System LLC (33% Ownership) | Unknown | 1.00 | | 0.00 | 1.00 | |
| 16 | Peerless Distribution System, LLC | Unknown | 1.00 | | 0.00 | 1.00 | |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 1-2

**Case No.:** 23-62269-JWC

**Case Name:** DAIDRIE LANGLEY GRAHAM

**For Period Ending:** 06/30/2025

**Trustee Name:** (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):** 12/11/2023 (f)

**§ 341(a) Meeting Date:** 01/16/2024

**Claims Bar Date:** 04/17/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Jackson Parker, LLC | Unknown | 1.00 | | 0.00 | 1.00 |
| 18 | Peerless Systems, Inc. | Unknown | 0.00 | | 0.00 | 1.00 |
| 19 | CLARENDON THREE, LLC<br>Chapter 7 Case # 23-62267-JWC | Unknown | 1.00 | | 0.00 | 1.00 |
| 20 | IRA: Capital Group<br>Scheduled amount verified to account statement. | 51,029.00 | 0.00 | | 0.00 | FA |
| 21 | Funds held by RLKG beloning to Debtor<br>Non exempt funds recovered on 7/15/24. | 17,210.22 | 13,218.78 | | 13,218.78 | FA |
| 22 | Alimony from Vernon Graham<br>Monthly payment. Trustee Objected to exemption, Dkt # 37 | 6,250.00 | 0.00 | | 0.00 | 6,250.00 |
| 23 | Insurance Policy: State Farm<br>Beneficiary: Tajha Galloway, Zahria Graham, Vernon Graham | Unknown | 0.00 | | 0.00 | FA |
| 24* | 3 carat Diamond Ring (in possession of Marsel Spears) (u)<br>See amended schedule A, Dkt # 16. (See Footnote) | 50,000.00 | 20,000.00 | | 0.00 | 50,000.00 |
| 25* | Adversary case 24-05100. Complaint against Vernon Graham (u)<br>See (See Footnote) | 744,494.78 | 744,494.78 | | 0.00 | 744,494.78 |
| 26 | Adversary case 24-05099. Complaint against Marsel Spears (u)<br>Complaint for Turnover of diamond ring. See asset #24. | 1.00 | 1.00 | | 0.00 | 1.00 |
| **26** | **Assets          Totals          (Excluding unknown values)** | **$885,818.56** | **$784,845.56** | | **$13,218.78** | **$800,752.78** |

RE PROP# 24     Also see adversary, case #24-05099, Asset # 26. Complaint against Marsel Spears, Complaint for Turnover.

RE PROP# 25     Complaint to (1) Avoid and set aside transfers, (2) Recover property or its value for the benefit of the estate. Value is bankruptcy estate's net equity in four properties. Value of bank account and other possible transfers is unknown.

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:  1-3

**Case No.:**   23-62269-JWC

**Case Name:**   DAIDRIE LANGLEY GRAHAM

**For Period Ending:**   06/30/2025

**Trustee Name:**   (300320) S. Gregory Hays

**Date Filed (f) or Converted (c):**   12/11/2023 (f)

**§ 341(a) Meeting Date:**   01/16/2024

**Claims Bar Date:**   04/17/2024

**Major Activities Affecting Case Closing:**

1/17/2024 - Declared as an asset case and claims bar date requested.

4/17/2024 - Claims bar date.

5/1/2024 - Trustee filed adversary 24-5099 against Marsel Sears for turnover of ring in his possession.

5/1/2024 - Trustee filed adversary 24-5100 against Vernon Graham relating to pre-petition transfer of assets.

5/2/2024 - Trustee filed objection to claimed exemption in alimony payments

5/2/2024 - Trustee filed adversary 24-5103 objecting to discharge.

7/15/2024 - Trustee took possession of non-exempt funds held at RLKG.

6/13/2025 - Judgment entered against Marcel Spears relating to diamond ring, adversary 24-5099.

6/18/2025 - Order Authorizing and Directing Mediation relating to issues in adversary 24-5100. Hays v. Vernon Graham.

6/30/2025 - Settlement discussions continue with Vernon Graham.

**Initial Projected Date Of Final Report (TFR):**          12/31/2026

**Current Projected Date Of Final Report (TFR):**          12/31/2026

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 23-62269-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | DAIDRIE LANGLEY GRAHAM | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***1420 | Account #: | ******0645 Checking |
| For Period Ending: | 06/30/2025 | Blanket Bond (per case limit): | $27,123,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/24 | {21} | Rountree Leitman Klein & Geer IOLTA | Turnover of Debtor's funds | 1129-000 | 13,218.78 | | 13,218.78 |
| 07/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.15 | 13,209.63 |
| 08/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.11 | 13,188.52 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.37 | 13,168.15 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.15 | 13,145.00 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.60 | 13,125.40 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.07 | 13,102.33 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.69 | 13,080.64 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2484 | Transition Debit to Western Alliance Bank acct XXXXXX2484 | 9999-000 | | 13,080.64 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 13,218.78 | 13,218.78 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 13,080.64 | |
| | | Subtotal | | | 13,218.78 | 138.14 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $13,218.78 | $138.14 | |

{ } Asset Reference(s)                                                                                                  ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 23-62269-JWC | | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|---|
| Case Name: | DAIDRIE LANGLEY GRAHAM | | Bank Name: | Western Alliance Bank |
| Taxpayer ID #: | **-***1420 | | Account #: | ******2484 Checking Account |
| For Period Ending: | 06/30/2025 | | Blanket Bond (per case limit): | $27,123,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0645 | Transition Credit from East West Bank acct XXXXXX0645 | 9999-000 | 13,080.64 | | 13,080.64 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 19.56 | 13,061.08 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.23 | 13,040.85 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 22.29 | 13,018.56 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.86 | 12,997.70 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.13 | 12,977.57 |

|  |  | |
|---|---|---|
| COLUMN TOTALS | 13,080.64 | 103.07 | $12,977.57 |
| Less: Bank Transfers/CDs | 13,080.64 | 0.00 | |
| Subtotal | 0.00 | 103.07 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $103.07 | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

**Form 2**

## Cash Receipts And Disbursements Record

Page:  2-3

| | | | |
|---|---|---|---|
| **Case No.:** | 23-62269-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DAIDRIE LANGLEY GRAHAM | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***1420 | **Account #:** | ******2484 Checking Account |
| **For Period Ending:** | 06/30/2025 | **Blanket Bond (per case limit):** | $27,123,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $13,218.78 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $13,218.78 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0645 Checking | $13,218.78 | $138.14 | $0.00 |
| ******2484 Checking Account | $0.00 | $103.07 | $12,977.57 |
| | $13,218.78 | $241.21 | $12,977.57 |