# Form 1



# Individual Estate Property Record and Report

# Asset Cases

**Case No.:** 23-62269-JWC
**Case Name:** DAIDRIE LANGLEY GRAHAM

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 12/11/2023 (f)
**§ 341(a) Meeting Date:** 01/16/2024
**Claims Bar Date:** 04/17/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Electric toothbrush, Facial Cleanser Brush, Laptop, Ipad, Mobile Phone, Television | 1,875.00 | 875.00 | | 0.00 | FA |
| 2 | 12 Jeans, 20 T shirts, 2 Leather Jackets, 20 Dress Pants, 8 Coats/Jackets, 5 Baseball Caps, 12 Dress Tops, 12 Dresses, 25 Shoes, 12 Sandals, 6 Shawls, 6 Sneakers, 10 Scarfs, 12 Summer Shorts, 12 Night Outfits, 6 Boots, 4 Jean Jackets, | 4,350.00 | 3,350.00 | | 0.00 | FA |
| 3 | Silver Necklaces, Silver Bangles, Michelle Watch, Gold Chain, Pearl Earring, Gold Earring, Birthstone Earrings, Pearl Necklace, | 3,400.00 | 2,900.00 | | 0.00 | FA |
| 4 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 585.00 | 0.00 | | 0.00 | FA |
| 5 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 638.67 | 0.00 | | 0.00 | FA |
| 6 | Certificates of deposit: Credit Union 1 IRA Certificates<br>Scheduled amount verified to account statement. | 3,292.45 | 0.00 | | 0.00 | FA |
| 7 | Checking account: Truist Bank | 90.00 | 0.00 | | 0.00 | FA |
| 8 | Checking account: Truist Bank | 213.00 | 0.00 | | 0.00 | FA |
| 9 | Savings account: Bank Of America | 194.61 | 0.00 | | 0.00 | FA |
| 10 | Savings account: Navy Federal Credit Union | 356.83 | 0.00 | | 0.00 | FA |
| 11 | Savings account: Credit Union 1<br>Scheduled amount verified to account statement. | 505.00 | 0.00 | | 0.00 | FA |
| 12 | Fidelity<br>Scheduled amount verified to investment statement. | 1,333.00 | 0.00 | | 0.00 | FA |
| 13 | Peerless Logistics System Atlanta LLC<br>Chapter 7 Case # 23-62265-JWC | Unknown | 1.00 | | 0.00 | FA |
| 14 | PEERLESS TRANSPORTATION SERVICES LLC | Unknown | 1.00 | | 0.00 | FA |
| 15 | Peerless Logistics System LLC (30% Ownership) | Unknown | 1.00 | | 0.00 | FA |

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 23-62269-JWC
**Case Name:** DAIDRIE LANGLEY GRAHAM

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 12/11/2023 (f)
**§ 341(a) Meeting Date:** 01/16/2024
**Claims Bar Date:** 04/17/2024

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Values | 3<br>Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Formally Abandoned OA=§554(a) abandon. | 5<br>Sale/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Peerless Distribution System, LLC | Unknown | 1.00 | | 0.00 | FA |
| 17 | Jackson Parker, LLC | Unknown | 1.00 | | 0.00 | FA |
| 18 | Peerless Systems, Inc. | Unknown | 0.00 | | 0.00 | FA |
| 19 | CLARENDON THREE, LLC<br>Chapter 7 Case # 23-62267-JWC | Unknown | 1.00 | | 0.00 | FA |
| 20 | IRA: Capital Group<br>Scheduled amount verified to account statement. | 51,029.00 | 0.00 | | 0.00 | FA |
| 21 | Funds held by RLKG beloning to Debtor<br>Non exempt funds recovered on 7/15/24. | 17,210.22 | 13,218.78 | | 13,218.78 | FA |
| 22 | Alimony from Vernon Graham<br>Monthly payment. Trustee Objected to exemption, Dkt # 37. Asset resolved in Adversary # 24-5100 and objection to exemption in alimony withdrawn (Dkt # 71). | 6,250.00 | 0.00 | | 0.00 | FA |
| 23 | Insurance Policy: State Farm<br>Beneficiary: Tajha Galloway, Zahria Graham, Vernon Graham | Unknown | 0.00 | | 0.00 | FA |
| 24* | 3 carat Diamond Ring (in possession of Marsel Spears) (u)<br>See amended schedule A, Dkt # 16. (See Footnote) | 50,000.00 | 20,000.00 | | 0.00 | 50,000.00 |
| 25* | Adversary case 24-05100. Complaint against Vernon Graham (u)<br>Adversary resolved whereby Trustee is to received a maximum of $400,000 from the sale/refinance of real properties located at 1143 Arlington Parkway, 1218 Hosea Williams Drive, and 1157 Village Main, Stone Mountain. (See Footnote) | 744,494.78 | 744,494.78 | | 236,855.58 | 163,144.42 |
| 26 | Adversary case 24-05099. Complaint against Marsel Spears (u)<br>Complaint for Turnover of diamond ring. See asset #24. Default judgment entered against Mr. Spears for $50,437. Trustee sold the Default judgment for $4,500 (Dkt # 61) | 1.00 | 1.00 | | 4,500.00 | FA |
| **26** | **Assets** **Totals** (Excluding unknown values) | **$885,818.56** | **$784,845.56** | | **$254,574.36** | **$213,144.42** |

RE PROP# 24 Also see adversary, case #24-05099, Asset # 26. Complaint against Marsel Spears, Complaint for Turnover.

# Form 1



## Individual Estate Property Record and Report

## Asset Cases

**Case No.:** 23-62269-JWC
**Case Name:** DAIDRIE LANGLEY GRAHAM

**For Period Ending:** 06/30/2026

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 12/11/2023 (f)
**§ 341(a) Meeting Date:** 01/16/2024
**Claims Bar Date:** 04/17/2024

RE PROP# 25 Complaint to (1) Avoid and set aside transfers, (2) Recover property or its value for the benefit of the estate. Value is bankruptcy estate's net equity in four properties. Value of bank account and other possible transfers is unknown.

**Major Activities Affecting Case Closing:**

1/17/2024 - Declared as an asset case and claims bar date requested.

4/17/2024 - Claims bar date.

5/1/2024 - Trustee filed adversary 24-5099 against Marsel Sears for turnover of ring in his possession.

5/1/2024 - Trustee filed adversary 24-5100 against Vernon Graham relating to pre-petition transfer of assets.

5/2/2024 - Trustee filed objection to claimed exemption in alimony payments

5/2/2024 - Trustee filed adversary 24-5103 objecting to discharge.

7/15/2024 - Trustee took possession of non-exempt funds held at RLKG.

6/13/2025 - Judgment entered against Marcel Spears relating to diamond ring, adversary 24-5099.

6/18/2025 - Order Authorizing and Directing Mediation relating to issues in adversary 24-5100. Hays v. Vernon Graham.

6/30/2025 - Settlement discussions continue with Vernon Graham.

1/6/2026 - Adversary # 24-5100 resolved whereby Trustee is to receive a maximum of $400,000 from the sale/refinance of real properties located at 1143 Arlington Parkway, 1218 Hosea Williams Drive, and 1157 Village Main, Stone Mountain. Docket # 57.

2/2/2026 - Default judgment against Marcel Spears sold for $4,500 (DKt # 61).

2/23/2026 - Proceeds of $236,855.58 from sale of 1143 Arlington Parkway paid to Trustee per settlement approved by Order, Dkt # 57.

6/30/2026 - Trustee will collect remaining funds from the settlement with Vernon Graham with the sale/refinance of real properties 1218 Hosea Williams Drive and/or 1157 Village Main, Stone Mountain.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026 **Current Projected Date Of Final Report (TFR):** 12/31/2026

# Form 2

# Cash Receipts And Disbursements Record



**Case No.:** 23-62269-JWC
**Case Name:** DAIDRIE LANGLEY GRAHAM
**Taxpayer ID #:** **-***1420
**For Period Ending:** 06/30/2026

**Trustee Name:** S. Gregory Hays (300320)
**Bank Name:** East West Bank
**Account #:** ******0645 Checking
**Blanket Bond (per case limit):** $30,650,000.00
**Separate Bond (if applicable):** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/15/24 | {21} | Rountree Leitman Klein & Geer IOLTA | Turnover of Debtor's funds | 1129-000 | 13,218.78 | | 13,218.78 |
| 07/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.15 | 13,209.63 |
| 08/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.11 | 13,188.52 |
| 09/30/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.37 | 13,168.15 |
| 10/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.15 | 13,145.00 |
| 11/29/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 19.60 | 13,125.40 |
| 12/31/24 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 23.07 | 13,102.33 |
| 01/31/25 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 21.69 | 13,080.64 |
| 02/27/25 | | Transfer Debit to Western Alliance Bank acct XXXXXX2484 | Transition Debit to Western Alliance Bank acct XXXXXX2484 | 9999-000 | | 13,080.64 | 0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **13,218.78** | **13,218.78** | **$0.00** |
| Less: Bank Transfers/CDs | 0.00 | 13,080.64 | |
| **Subtotal** | **13,218.78** | **138.14** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,218.78** | **$138.14** | |

*{ } Asset Reference(s)*

*! - transaction has not been cleared*

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-62269-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DAIDRIE LANGLEY GRAHAM | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***1420 | **Account #:** | ******2484 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/25 | | Transfer Credit from East West Bank acct XXXXXX0645 | Transition Credit from East West Bank acct XXXXXX0645 | 9999-000 | 13,080.64 | | 13,080.64 |
| 02/28/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 19.56 | 13,061.08 |
| 03/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.23 | 13,040.85 |
| 04/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 22.29 | 13,018.56 |
| 05/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.86 | 12,997.70 |
| 06/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.13 | 12,977.57 |
| 07/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 22.88 | 12,954.69 |
| 08/29/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.07 | 12,934.62 |
| 09/30/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 22.11 | 12,912.51 |
| 10/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 21.38 | 12,891.13 |
| 12/01/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 18.59 | 12,872.54 |
| 12/31/25 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 23.38 | 12,849.16 |
| 01/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 20.59 | 12,828.57 |
| 02/17/26 | {26} | SM Financial Services Corporation | Sale of Marcel Spears Judgment Per Order, Dkt # 61 | 1249-000 | 4,500.00 | | 17,328.57 |
| 02/23/26 | {25} | The Carnes Law Firm PC (IOLTA | Proceeds from 1143 Arlington Parkway paid per settlement approved by Order, Dkt # 57. | 1241-000 | 236,855.58 | | 254,184.15 |
| 02/27/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 72.20 | 254,111.95 |
| 03/31/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 434.42 | 253,677.53 |
| 04/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 406.57 | 253,270.96 |
| 05/29/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 392.39 | 252,878.57 |
| 06/30/26 | | Western Alliance Bank | Bank and Technology Services Fees | 2600-000 | | 432.31 | 252,446.26 |

| | Deposit | Disbursement | Account Balance |
|---|---|---|---|
| **COLUMN TOTALS** | **254,436.22** | **1,989.96** | **$252,446.26** |
| Less: Bank Transfers/CDs | 13,080.64 | 0.00 | |
| **Subtotal** | **241,355.58** | **1,989.96** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$241,355.58** | **$1,989.96** | |

# Form 2



## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 23-62269-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | DAIDRIE LANGLEY GRAHAM | **Bank Name:** | Western Alliance Bank |
| **Taxpayer ID #:** | **-***1420 | **Account #:** | ******2484 Checking Account |
| **For Period Ending:** | 06/30/2026 | **Blanket Bond (per case limit):** | $30,650,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $254,574.36 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $254,574.36 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0645 Checking | $13,218.78 | $138.14 | $0.00 |
| ******2484 Checking Account | $241,355.58 | $1,989.96 | $252,446.26 |
| | **$254,574.36** | **$2,128.10** | **$252,446.26** |